UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD BENNETT,<br><br>      Plaintiff,<br><br>    v.<br><br>CITY OF EAST ORANGE,<br>OFFICER DAMON JOHNSON (Badge #138),<br>and DETECTIVE HIMONSHU ANTALA<br>(Badge #56),<br><br>      Defendants. | Civ. No. 11-359 (KSH) (PS)<br><br>**ORDER** |

For the reasons expressed in the opinion filed herewith,

**IT IS** on this 21th day of December 2012, hereby

**ORDERED** that defendant City of East Orange's motion for summary judgment [D.E. 64] is **granted**; and it is further

**ORDERED** that the City of East Orange is hereby **dismissed** as a party to this litigation; and it is further

**ORDERED** that defendant Antala's motion for summary judgment [D.E. 63] is **denied**.

                                                                              /s /Katharine S. Hayden_____
                                                                              Katharine S. Hayden, U.S.D.J.