## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

RICHARD BENNETT,

       Plaintiff,

   v.

CITY OF EAST ORANGE,
OFFICER DAMON JOHNSON (Badge #138),
and DETECTIVE HIMONSHU ANTALA
(Badge #56),

       Defendants.

Civ. No. 11-359 (KSH) (PS)

**ORDER**

For the reasons expressed in the opinion filed herewith,

**IT IS** on this 21th day of December 2012, hereby

**ORDERED** that defendant City of East Orange's motion for summary judgment [D.E. 64] is **granted**; and it is further

**ORDERED** that the City of East Orange is hereby **dismissed** as a party to this litigation; and it is further

**ORDERED** that defendant Antala's motion for summary judgment [D.E.  63] is **denied**.

 

/s /Katharine S. Hayden_____
Katharine S. Hayden, U.S.D.J.